02-22201.o3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 02-22201 CIV JORDAN

ENRIQUETA ESCOBAR,

    Plaintiff,

vs.

SELECTED TRADING CORPORATION,
a Florida corporation and MARIA DEL
ROSARIO-SIMAN, an individual

    Defendants.

_____/



## ORDER RE: MOTION FOR CONTEMPT

**This matter** is before this Court on Plaintiff's Motion for Contempt for Defendants' Violation of the Court's Order ..., filed June 3, 2003. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** as follows:

    1. To the extent this may be considered a (second) motion to compel it is **GRANTED.**

    2. Defendants shall have five (5) days from the date of this order to provide all Rule 26 disclosures and responses (not objections) to the discovery requests.

    3. Defendant shall have five (5) days from the date of this order to show good cause, in writing, why they should not be held in contempt, or alternatively sanctioned, for failing to comply with an order of this Court and for the necessity of the filing of the motion for contempt.



4. Compliance with paragraph 2, supra, shall not relieve defendants of their obligation to comply with paragraph 3.

**DONE AND ORDERED** this 27th day of June, 2003 at Miami, Florida.

_____
STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Adalberto Jordan
     Gary A. Costales, Esq. [fax (305) 441-6424]
     Alba Varela Esq. [fax (305) 858-4402]